UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LISA LOVE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.  3:19-cv-01372-G |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

LISA LOVE (Plaintiff), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses the above captioned matter without prejudice, each party to bear their own fees and costs.

Respectfully submitted,

Dated: July 15, 2019

/s/ Adam T. Hill
Adam T. Hill
**LAW OFFICES OF JEFFREY LOHMAN, P.C.**
4740 Green River Road, Suite 310
Corona, CA 92880
Telephone: (866) 329-9217
adamh@jlohman.com
Attorneys for Plaintiff

### CERTIFICATE OF FILING

I hereby certify that on July 15, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System.

/s/ Adam T. Hill
Adam T. Hill

1