UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LISA LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:19-CV-1372-G |
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(i), the plaintiff has filed a notice of voluntary dismissal without prejudice. Accordingly, this case is **DISMISSED** without prejudice.

**SO ORDERED**.

July 16, 2019.

_____
A. JOE FISH
**Senior United States District Judge**